IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN M. BAILEY, ) | |
| ) | Civil Action No. 19 – 619 |
| Petitioner, ) | |
| ) | |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

**AND NOW**, this 13th day of January, 2021, and for the reasons set forth in the Memorandum Opinion entered on this day,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** for lack of jurisdiction as an unauthorized second or successive petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Counsel of record
       (Via CM/ECF electronic mail)